## FERGUSON *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 9, September Term, 1958.]

*Decided November 13, 1958.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

In a petition for leave to appeal from the denial of his application for a writ of *habeas corpus,* the applicant makes but one contention, *i. e.,* that a confession was obtained from him by "unorthodox and unfair methods used by the police officers." The voluntary nature of a confession may be raised and contested at the trial of a defendant or upon appeal, but cannot form the basis for a writ of *habeas corpus. Johnson v. Warden,* 212 Md. 652; *Eberle v. Warden,* 209 Md. 657.

*Application denied, with costs.*